
# UNITED STATES DISTRICT COURT
# 300 QUARROPAS STREET
# WHITE PLAINS, N.Y. 10601

CHAMBERS OF THE HONORABLE
GEORGE A. YANTHIS, U.S. MAGISTRATE JUDGE

## MEMORANDUM

DATE:   September 25, 2006

TO:     Honorable Stephen C. Robinson, U.S. District Judge

FROM:   George A. Yanthis, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

    On July 26, 2006 a Rule 11 allocution was taken in the matter of United States vs Daniel Funsch 06CR621 (SCR) on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.
If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully Submitted

George A. Yanthis
U.S. Magistrate Judge